IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

SHAWN PICKENS,            )
                          )
            Plaintiff,    )
v.                        )   No. 17-0398-CV-W-BP
                          )
BNSF RAILWAY COMPANY,     )
                          )
            Defendant.    )

## VERDICT FORM

**Note**: Complete this form by filling in the blanks as required by your verdict. If you assess a percentage of fault to any of those listed below, write in a percentage not greater than 100%, otherwise write in "zero" next to that name. If you assess a percentage of fault to any of those listed below, the total of such percentages must be 100%.

On plaintiff Shawn Pickens's claim against defendant BNSF Railway Company, as submitted in Instruction Nos. 13-18, we assess percentages of fault as follows:

Defendant BNSF:            __25__ % (zero to 100%)

Plaintiff Shawn Pickens:   __75__ % (zero to 100%)

TOTAL:                    __100__ % (zero OR 100%)

**Note**: Complete the remainder of this form only if you assessed a percentage of fault to defendant BNSF. If you did not assess a percentage of fault to defendant BNSF, you should sign and date this form because you have completed your deliberations.

We find the total amount of plaintiff's damages disregarding any fault on the part of plaintiff to be

$ __341,538.10__ (stating the amount).

**Note:** The judge will reduce the total amount of plaintiff's damages by any percentage of fault you assess to plaintiff.

We, the jury, agree that plaintiff Shawn Pickens failed to wear his seatbelt and that failure contributed to plaintiff's injuries: (Place an X in the appropriate space)

         __X__ Yes          ____ No

___9/21/18___
DATE

_____
FOREPERSON